D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

BRUCE DEL TURCO, VINCENT DELAZZERO,
THOMAS LANE and JAMES BARTALONE, as
Trustees and Fiduciaries of the TILE LAYERS LOCAL
UNION 52 PENSION, INSURANCE AND WELFARE, AND
ANNUITY FUNDS, CHARLES HILL, EDWARD GAHN,
SCOTT ERATH and VINCENT ANASTASI, as Trustees
and Fiduciaries of the TILE HELPERS LOCAL 88
WELFARE, ANNUITY AND VACATION FUNDS, JOHN
J. FLYNN, JAMES BOLAND, GERALD O'MALLEY, KEN
LAMBERT, GERARD SCARANO, H.J. BRAMLETT,
EUGENE GEORGE, PAUL SONGER, CHARLES VELARDO,
MATTHEW AQUILINE, GREGORY R. HESS, MICHAEL
SCHMERBECK and VINCENT DELAZZERO as Trustees
and Fiduciaries of the BRICKLAYERS & TROWEL TRADES
INTERNATIONAL PENSION, HEALTH AND ANNUITY
FUNDS and CHARLES HILL, as President of TILE, MARBLE
& TERRAZZO LOCAL NO. 7 of N.Y. & N.J., BAC,

**ORDER**
05 CV 3909 (NG)(RER)

Plaintiffs,
- against -

CARRARA STONE, INC.,

Defendant.
------------------------------------------------------------------x

**GERSHON, United States District Judge:**

The unopposed Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated June 21, 2006 is hereby adopted in its entirety. The Clerk of Court is directed to enter judgment for plaintiffs against defendant Carrara Stone, Inc. in the amount of $102,451.65, comprised of $75,000 in unpaid contributions, $16,204.32 in interest on the unpaid contributions, $8,400.00 in liquidated damages, $2,597.33 for attorney's fees, and $250.00 for costs. Plaintiffs' request for a permanent injunction is denied.

The Clerk of Court is also directed to close this case.

SO ORDERED.
/s/
NINA GERSHON
United States District Judge

Dated: September 26, 2006
Brooklyn, New York